## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDON BROPHY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 18-4806** |
| | : | |
| **THE HARTLEY DOERING GROUP,** | : | |
| **INC.** | : | |

## ORDER

**AND NOW**, this 8th day of November 2018, upon considering Plaintiff's Motion to transfer (ECF Doc. No. 3) in response to our November 7, 2018 Order to show cause (ECF Doc. No. 2) and finding good cause, it is **ORDERED** we **GRANT** Plaintiff's Motion (ECF Doc. No. 3) and the Clerk of Court shall forthwith **transfer** this case to the Clerk of the United States District Court for the Middle District of Pennsylvania and **close** this case in this District.

KEARNEY, J.